```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
DENISE LOHNN, Executor of the Estate of Jorgen                  :
Lohnn, Deceased                                                 :
                                                                :
                                Plaintiff,                      :       21-cv-6379 (LJL)
                                                                :
                -v-                                             :          ORDER
                                                                :
INTERNATIONAL BUSINESS MACHINES CORP.,                          :
                                                                :
                                Defendant.                      :
                                                                X
---------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021

LEWIS J. LIMAN, United States District Judge:

      The parties are ORDERED to meet and confer regarding redactions on the reply brief, and Plaintiff is ORDERED to file a redacted reply brief on the public docket by Friday, December 17, 2021.

      By Friday, December 17, 2021, the parties are also ORDERED to submit a joint letter setting forth each party's position with respect to each redaction in any of the papers that have been filed under seal in redacted form, including the specific harm that would befall Defendant should the redacted information be made public.  The statement by each party in this letter with respect to each proposed redaction shall not exceed one sentence.  Further, the Court will permit each party to cite (with no further discussion) up to three cases that address whether the designation of material as confidential in connection with an arbitration, without more, requires the Court to treat that information as confidential when filed in court papers.

      SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                 LEWIS J. LIMAN
                                               United States District Judge