```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                                :              DOC #:_____
DENISE LOHNN, Executor of the Estate of Jorgen  :              DATE FILED: 02/10/2022
Lohnn, Deceased,                                :
                                                :
                        Plaintiff,              :              21-cv-6379 (LJL)
                                                :
        -v-                                     :              ORDER
                                                :
INTERNATIONAL BUSINESS MACHINES CORP.,          :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      On January 4, 2022, the Court filed its Memorandum and Order regarding the various sealing motions on the docket. Dkt. No. 42. On January 6, 2022, Defendant filed a notice of interlocutory appeal. Dkt. No. 43. On January 12, 2022, the Second Circuit granted a temporary administrative stay pending decision on Defendant-Appellant's motion for a stay pending appeal and Plaintiff-Appellee's cross-motion to dismiss the appeal. Dkt. No. 46.

      On February 8, 2022, the Second Circuit terminated the administrative stay entered on January 12, 2022, denied Defendant-Appellant's motion for a stay pending appeal, and denied Plaintiff-Appellee's motion to dismiss the appeal for lack of jurisdiction. Dkt. No. 52.

      Accordingly, **by February 11, 2022**, the parties are directed to file on the public docket the following documents with limited redactions according to the Court's January 4, 2022 Memorandum and Order:

Plaintiff
- Plaintiff's Motion for Summary Judgment (as filed under seal at Dkt. No. 44-1) [originally filed under seal at Dkt. No. 14 and filed with redactions at Dkt. No. 17]
- Plaintiff's Statement of Material Facts In Support of Motion for Summary Judgment (as filed under seal at Dkt. No. 44-2) [originally filed under seal at Dkt. No. 15 and filed with redactions at Dkt. No. 18]
- Plaintiff's Reply In Support of Her Motion for Summary Judgment and Opposition to IBM's Cross-Motion to Dismiss (as filed under seal at Dkt. No. 44-4) [originally filed under seal at Dkt. No. 32 and filed with redactions at Dkt. No. 36]

Defendant
- Defendant's Response to Plaintiff's Statement of Material Facts In Support of Motion for Summary Judgment (as filed under seal at Dkt. No. 45-1) [originally filed under

seal at Dkt. No. 28 and filed with redactions at Dkt. No. 29]

The Court will address in a separate order the proposed redactions to the declarations of Shannon Liss-Riordan and the exhibits to those declarations.

SO ORDERED.

Dated: February 10, 2022
New York, New York

_____
LEWIS J. LIMAN
United States District Judge