# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February, two thousand twenty-two.

Denise Lohnn, Executor of the Estate of Jorgen Lohnn, Deceased,

    Plaintiff - Appellee,

v.

International Business Machines Corporation,

    Defendant - Appellant.

**ORDER**

Docket No. 22-32

Appellant International Business Machines Corporation has filed a petition for rehearing *en banc* of the Court's order dated February 8, 2022, denying Appellant's motion for a stay pending appeal. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/16/2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 16 2022