March 31, 2022

CM/ECF

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St., Room 701
New York, NY 10007

      Re:    *Lohnn v. International Business Machines Corporation*, No. 1:21-cv-06379-LJL

Dear Judge Liman:

      Plaintiff Denise Lohnn (Executor of the Estate of Jorgen Lohnn, Deceased) and Defendant International Business Machines Corporation ("IBM") jointly submit this letter motion to stay this proceeding. The parties have reached a tentative resolution, and Plaintiff anticipates filing a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 in the coming weeks. As such, the parties respectfully request a full stay of the above-captioned proceeding. We further request that Your Honor issue no further decisions, including any decisions relating to the January 4, 2022 Order (Dkt. No. 42), Plaintiff's pending motion for summary judgment (Dkt. Nos. 58, 60), and/or Defendant's pending motion to dismiss (Dkt. Nos. 25-26, 41). The parties agree that a stay will further the interests of judicial economy and efficiency and facilitate the final resolution of this matter. The parties further agree to file either a stipulation of dismissal or a status report by April 29, 2022.

      If this joint request for a stay meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

      Respectfully submitted,

      *s/ Shannon Liss-Riordan*

      Shannon Liss-Riordan
      Counsel for Plaintiff


      *s/ Matthew W. Lampe*

      Matthew W. Lampe
      Counsel for Defendant

Hon. Lewis J. Liman
March 31, 2022
Page 2


IT IS SO ORDERED.

DATED: _____          _____
                                      Hon. Lewis J. Liman
                                      United States District Judge