March 31, 2022

<u>CM/ECF</u>

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St., Room 701
New York, NY 10007

     Re:    <u>*Lohnn v. International Business Machines Corporation*</u>, No. 1:21-cv-06379-LJL

Dear Judge Liman:

     Plaintiff Denise Lohnn (Executor of the Estate of Jorgen Lohnn, Deceased) and Defendant International Business Machines Corporation ("IBM") jointly submit this letter motion to stay this proceeding. The parties have reached a tentative resolution, and Plaintiff anticipates filing a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 in the coming weeks. As such, the parties respectfully request a full stay of the above-captioned proceeding. We further request that Your Honor issue no further decisions, including any decisions relating to the January 4, 2022 Order (Dkt. No. 42), Plaintiff's pending motion for summary judgment (Dkt. Nos. 58, 60), and/or Defendant's pending motion to dismiss (Dkt. Nos. 25-26, 41). The parties agree that a stay will further the interests of judicial economy and efficiency and facilitate the final resolution of this matter. The parties further agree to file either a stipulation of dismissal or a status report by April 29, 2022.

     If this joint request for a stay meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

                            Respectfully submitted,

*The request is GRANTED. The case is hereby STAYED. The parties are ORDERED to file a status report by April 29, 2022 if a stipulation of dismissal is not filed beforehand.*

                            *s/ Shannon Liss-Riordan*

                            Shannon Liss-Riordan
                            Counsel for Plaintiff

4/1/22    SO ORDERED.

                LEWIS J. LIMAN
          United States District Judge

                            *s/ Matthew W. Lampe*

                            Matthew W. Lampe
                            Counsel for Defendant