UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE LOHNN,<br>Executor of the Estate of Jorgen Lohnn,<br>Deceased<br><br>                Plaintiff,<br><br>           v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORP.,<br><br>                Defendant. | Case No. 1:21-CV-06379 (LJL) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Denise Lohnn, as Executor of the Estate of Jorgen Lohnn, and Defendant International Business Machines Corporation, through their undersigned counsel, who are authorized to execute this Stipulation, hereby dismiss the above-captioned action as against Defendant, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated: July 15, 2022

Attorneys for Plaintiff:

By: /s/ Shannon Liss-Riordan
Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street #2000
Boston, MA 02116

Attorneys for Defendant:

By: /s/ Matthew W. Lampe
Matthew W. Lampe
JONES DAY
250 Vesey Street
New York, New York 10281

Alison B. Marshall
JONES DAY

51 Louisiana Ave, N.W.
Washington, D.C. 20001

Craig Friedman
JONES DAY
1221 Peachtree Street, NE
Atlanta, GA 30361