UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE LOHNN,<br>Executor of the Estate of Jorgen Lohnn,<br>Deceased<br><br>                      Plaintiff,<br><br>      v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORP.,<br><br>                     Defendant. | Case No. 1:21-CV-06379 (LJL) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Denise Lohnn, as Executor of the Estate of Jorgen Lohnn, and Defendant International Business Machines Corporation, through their undersigned counsel, who are authorized to execute this Stipulation, hereby dismiss the above-captioned action as against Defendant, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated: July 18, 2022

Attorneys for Plaintiff:

By: /s/ Shannon Liss-Riordan
Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street #2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
sliss@llrlaw.com

Attorneys for Defendant:

By: /s/ Matthew W. Lampe
Matthew W. Lampe
JONES DAY
250 Vesey Street
New York, New York 10281

-1-

-2-

Telephone: (212) 326-3939
Fascimile: (212) 755-7309
mwlampe@jonesday.com

Anthony J. Dick
JONES DAY
51 Louisiana Ave, N.W. Washington,
D.C. 20001
Telephone: (202) 879-7679 Facsimile:
(202) 626-1700
ajdick@jonesday.com

Craig Friedman
JONES DAY
1221 Peachtree Street, N.E.
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
csfriedman@jonesday.com