```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
DENISE LOHNN, Executor of the Estate of Jorgen                 :
Lohnn, Deceased,                                               :
                                                               :
                          Plaintiff,                           :     21-cv-6379 (LJL)
                                                               :
         -v-                                                   :          ORDER
                                                               :
INTERNATIONAL BUSINESS MACHINES CORP.,                         :
                                                               :
                          Defendant.                           :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Clerk's Office has referred the parties' stipulation of voluntary dismissal, Dkt. No. 75, to the Court for approval. Before the Court lifts the stay in this case and so-orders the stipulation of dismissal, the Court must address the proposed redactions to the declarations of Shannon Liss-Riordan and any exhibits to those declarations, *see* Dkt. Nos. 16, 19, 33, 37, 47–49, in light of the Court's January 4, 2022 Memorandum and Order at Dkt. No. 42. *See also* Dkt. No. 53 ("The Court will address in a separate order the proposed redactions to the declarations of Shannon Liss-Riordan and the exhibits to those declarations.").

      The parties are hereby directed to file a joint letter by August 9, 2022 and, in that letter, address their views on this issue and if there are any reasons why the Court should not now consider the proposed redactions and objections filed at Dkt. Nos. 47, 48, and 49.

      SO ORDERED.

Dated: July 19, 2022
      New York, New York
                                                       LEWIS J. LIMAN
                                                    United States District Judge

[Stamp:] USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #:_____ / DATE FILED: 07/19/2022